1086

**UNITED STATES of America, Appellee, v. Joseph C. BLOUNT, Appellant.**

No. 386.

Circuit Court of Appeals, Second Circuit.

May 2, 1932.

John S. McGovern and Ralph A. Lehr, both of Buffalo, N. Y., for appellant.

Richard H. Templeton, U. S. Atty., of Buffalo, N. Y., and Joseph J. Doran, of Rochester, N. Y., for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

---

**UNITED STATES of America, Appellant, v. Anthony Earl BURCH.**

No. 9356.

Circuit Court of Appeals, Eighth Circuit.

Nov. 27, 1931.

Louis H. Breuer, U. S. Atty., of Rolla, Mo., and George C. Dyer, Asst. U. S. Atty., of St. Louis, Mo.

P. H. Cullen and Jules Q. Strong, both of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant and stipulation of parties.

---

**UNITED STATES of America, Appellant, v. Robert H. GLENN.**

No. 9354.

Circuit Court of Appeals, Eighth Circuit.

Nov. 25, 1931.

William L. Vandeventer, U. S. Atty., and Thomas J. Layson, Asst. U. S. Atty., both of Kansas City, Mo.

Moore & Moore, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, on motion of appellant and consent of appellee.

---

**UNITED STATES of America, Sidney C. Brown, C. M. Pearson, and H. O. Plasman, Appellants, v. J. GORDON, Appellee. \***

No. 6236.

Circuit Court of Appeals, Fifth Circuit.

April 14, 1932.

W. P. Hughes, U. S. Atty., of Jacksonville, Fla., for appellants.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

On the authority of Commercial Credit Co. v. United States (C. C. A.) 53 F.(2d) 977, and decisions of the Supreme Court there cited, the judgment herein is affirmed.

---

**UNITED STATES of America, Appellant, v. Clyta C. NAUSS, Executrix, etc.**

No. 9386.

Circuit Court of Appeals, Eighth Circuit.

Dec. 31, 1931.

William L. Vandeventer, U. S. Atty., of Kansas City, Mo.

George F. Andrews, for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, per stipulation of parties.

*Rehearing granted June 9, 1932.